60 F.3d 813
 Khaled Abdullah, Khithman Abdullah
v.
AMR Corp., American Airlines, Inc.; Audrey James, Eardley
James, Velma George, Kotnie George v. American Airlines,
Inc., AMR Corp.; Honorable Raymond L. Finch, U.S. District
Court Judge, Honorable Jeffrey L. Resnick, U.S. District
Court Magistrate Judge v. American Airlines, Inc., AMR Corp.
 NO. 95-7025
 United States Court of Appeals,
Third Circuit.
 May 17, 1995
 
 1
 Appeal From: D.V.I., Nos. 91-cv-00277, 93-cv-00108
 
 
 2
 MANDAMUS DENIED.